■ DENISE McLEOD, Respondent, v RODNEY AKINS, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed without costs. Same memorandum as in *McLeod v Akins* ([appeal No. 1] 148 AD2d 962 [decided herewith]). (Appeal from order of Onondaga County Family Court, Bersani, J.—paternity.) Present—Doerr, J. P., Denman, Pine, Balio and Lawton, JJ.